**FILED**

12/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0542

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 24-0542

---

UPPER MISSOURI WATERKEEPER,
TANYA & TOBY DUNDAS, SALLY &
BRADLEY DUNDAS, CAROLE & CHARLES
PLYMALE, and CODY McDANIEL,

Plaintiffs/Appellants,

vs.

BROADWATER COUNTY, and the
MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION,

Defendants/Appellees,

vs.

71 RANCH, LP,

Intervenor/Appellee.

---

### ORDER GRANTING EXTENSION OF TIME

---

Upon motion of Appellee, BROADWATER COUNTY, there being no objection by Appellants, and finding good cause therefor:

IT IS HEREBY ORDERED that all Appellees in this matter shall have up to and including January 27, 2025 to file their answer briefs.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 6 2024